# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohammed K., | Case No. 20-CV-1964 (JRT/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Immigration and Customs Enforcement and United States Attorney General, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Mohammed K., within 20 days of this Order's date, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the Court should not grant the writ in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact fully stating Respondents' legal position on Petitioner's claims; and

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so within 20 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's Certificate of Indigence, ECF No. 2—which the Court construes as an application to proceed *in forma pauperis*—is **GRANTED**.

Dated: September 18, 2020     *s/ Becky R. Thorson*
                              BECKY R. THORSON
                              United States Magistrate Judge