UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MOHAMMED KARAMAH,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,<br><br>Respondents. | Civil No. 20-1964 (JRT/BRT)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

Mohammed Karamah, A212911434, Sherburne County Jail, 13880 Business Center Dr., NW, Elk River, MN 55330, *pro se* petitioner.

Chad A Blumenfield, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondents.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on December 7, 2020 (ECF No. 11). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) be **DISMISSED** without prejudice;

2. Petitioner's request for appointment of counsel be **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

| | |
|---|---|
| Dated: March 4, 2021<br>at Minneapolis, Minnesota | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>Chief Judge<br>United States District Court |